UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-226 ECT/TNL<br>**INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| v. | 18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c) |
| WESLEY RAYVON JOHNSON, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about August 20, 2020, in the State and District of Minnesota, the defendant,

**WESLEY RAYVON JOHNSON,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Felon in Possession of a Firearm | U.S. District Court, MN | February 22, 2013 |
| Simple Robbery | Hennepin County, MN | October 25, 2011 |
| Fleeing a police officer | Hennepin County, MN | February 14, 2012 |
| Fleeing a police officer | Hennepin County, MN | March 24, 2014 |

SCANNED
OCT 1 3 2020
U.S. DISTRICT COURT MPLS

and knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Glock 23 Gen. 4, 40 caliber semi-automatic pistol bearing serial number YVE380, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## **FORFEITURE ALLEGATIONS**

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with such violation including, but not limited to a Glock 23 Gen. 4, 40 caliber semi-automatic pistol bearing serial number YVE380, and all ammunition seized therewith, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY                FOREPERSON