UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 20-cr-226 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Wesley Rayvon Johnson, | |
| Defendant. | |

---

This matter is before the Court on defense co-counsel Piper Kenney Wold's Motion to Withdraw and for Appointment of Substitute Counsel. ECF No. 37. Under Local Rule 83.7(a), a "party's attorney may withdraw from a case by filing and serving a notice of withdrawal, effective upon filing, if: (1) multiple attorneys have appeared on behalf of the party; and (2) at least one of those attorneys will still be the party's counsel of record after the attorney seeking to withdraw does so." Defendant is also represented by Shannon Elkins of the Office of the Federal Defender, who will remain as counsel of record in this case. Accordingly,

**IT IS ORDERED** that Piper Kenney Wold is discharged as counsel of record for Defendant Wesley Rayvon Johnson.

Dated: July 20, 2021          s/ Eric C. Tostrud
                              Eric C. Tostrud
                              United States District Court